Abrams & Wofsy, Esqs.
255 Newark Avenue
Jersey City, New Jersey 07302
(201) 659-5500

| | |
|---|---|
| UNITED STATES OF AMERICA : | UNITED STATES DISTRICT COURT |
| : | DISTRICT OF NEW JERSEY |
| vs. : | HON. STANLEY R. CHESLER |
| : | CRIMINAL NO. 11-00277(SRC) |
| MELVIN FERNANDEZ, : | |
| : | |
| Defendant. : | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **ORDER** |

This matter being opened to the Court by Abrams & Wofsy, Esqs., attorneys defendant, Melvin Fernandez, Arthur J. Abrams, Esq. appearing with the consent of Pa~ Fishman, the United States attorney for the District of New Jersey, Assistant United S Attorney Anthony J. Mahajan, appearing for an Order releasing the defendant's United S passport from the custody of United States Pre-Trial Services until Tuesday, September 4, 2 and permitting the defendant to travel to the state of Florida on August 25, 2012 and allo\ him to travel out of the United States from August 27, 2012 to August 31, 2012 and the Ur States Attorney consenting thereto and good cause being shown;

IT IS on this  20  day of August ,2012

ORDERED that Pre-Trial Services return defendant Melvin Fernandez's United St passport to defendant on August 24, 2012 until September 4, 2012 after the Labor Day weel when Pre-Trial Services reopens, at which time defendant Melvin Fernandez shall once a surrender his passport to Pre-Trial Services and it is further

ORDERED that Melvin Fernandez be permitted to leave the state of New Jersey to t

to the state of Florida on August 25, 2012 and further be permitted to travel out of the Ui

States from August 27, 2012 to August 31, 2012 and thereafter return to the state of New Jer

Hon. Stanley R. Chesler
United States District Court Judge

I hereby consent to the form
and entry of the within Order

Anthony Mahajan, AUSA